UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                          :
UNITED STATES OF AMERICA                  :
                                          :       26cr82(DLC)
              -v-                         :
                                          :          ORDER
ADAM SLOAN,                               :
                                          :
                         Defendant.       :
                                          :
---------------------------------------- X

DENISE COTE, District Judge:

This case having been reassigned to this Court for all purposes, it is hereby

ORDERED that the arraignment and initial conference scheduled for **March 25, 2026 at 2:15 PM** will be held in Courtroom 18B, 500 Pearl Street, New York, NY, 10007. At that conference, a trial date will be chosen. After the Government recites the procedural history of this case, outlines the nature of the evidence it intends to offer at any trial, and proposes a schedule for the production of discovery materials to the defendant, the Court will consult the parties regarding the scheduling of the trial. After a trial date is selected, a schedule for motions and the exchange of expert statements will be set, and the propriety of any exclusion of time under the Speedy Trial Act will be addressed.

IT IS FURTHER ORDERED that counsel for the Government and the defendant will consult in advance of the conference to reach agreement, if possible, on a proposed date for the trial.

Dated:    New York, New York
          March 24, 2026

                                    _____
                                            DENISE COTE
                                    United States District Judge

2