UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                      :

UNITED STATES OF AMERICA         :

                         :        26cr82(DLC)

         -v-            :

                         :         ORDER

ADAM SLOAN,            :

                         :

              Defendant.   :

                         :

---------------------------------------- X
DENISE COTE, District Judge:

Counsel for the defendant in this case having requested that the defendant be appointed new counsel, it is hereby

ORDERED that a conference is scheduled for **May 6, 2026 at 2:00 PM** in Courtroom 18B, 500 Pearl Street to address the defendant's request.

Dated:    New York, New York
          May 5, 2026

                        _____
                             DENISE COTE
                  United States District Judge