UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
UNITED STATES OF AMERICA                   :
                                           :        26cr82(DLC)
            -v-                            :
                                           :        ORDER
ADAM SLOAN,                                :
                                           :
                        Defendant.         :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the conference to address the

defendant's request for a change of counsel scheduled for May 6

is adjourned to **May 7, 2026 at 3:00 PM** in Courtroom 18B, 500

Pearl Street.

Dated:    New York, New York
          May 6, 2026

                                    _____
                                    DENISE COTE
                                    United States District Judge