UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :        26cr82(DLC)
                                          :
        -v-                               :        ORDER
                                          :
ADAM SLOAN,                               :
                                          :
                Defendant.                :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

        As set forth on the record at the conference held on May 7,

2026, it is hereby

        ORDERED that Federal Defender Mitchell Schwartz is relieved

as counsel in this matter and C.J.A. counsels Justine Harris and

Anna Estevao are appointed to represent the defendant.

Dated:    New York, New York
          May 7, 2026

                                    _____
                                    DENISE COTE
                                    United States District Judge